IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ERWIN ASHER, II**                                                                      **PLAINTIFF**

v.                                   Case No: 4:23-cv-00916-KGB

**BRANDON LONG,** *et al.*                                                                      **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 12). Plaintiff Michael Erwin Asher, II has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Asher's complaint, first amended complaint, and second amended complaint (Dkt. Nos. 1, 4, 11) for failure to state a claim on which relief can be granted. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge