IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ERWIN ASHER, II**                                                          **PLAINTIFF**

v.                            **Case No: 4:23-cv-00916-KGB**

**BRANDON LONG**, *et al*.                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Michael Erwin Asher, II's complaint, first amended complaint, and second amended complaint (Dkt. Nos. 1, 4, 11). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

So adjudged this 28th day of January, 2026.

                                                                        _____
                                                                         Kristine G. Baker
                                                                         Chief United States District Judge